UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

GARDEN CITY BOXING CLUB, INC.
    Plaintiff,        Index # 07-CV-8124

 -against-

               **CERTIFICATE OF SERVICE**

BENJAMIN RAMIREZ
d/b/a EL GUANACO RESTAURANT & PUPUSERIA
and BENJAMIN RAMIREZ
    Defendants,
_____

  I certify that a copy of the Amended Initial Conference Order To Correct Conference Date was sent via the U.S. Postal Service certified mail within the State of New York, First Class Mail addressed to the following on October 1, 2007:

To: Benjamin Ramirez
   d/b/a El Guanaco Restaurant & Pupuseria
   4195 Broadway
   New York, NY 10003

   Benjamin Ramirez
   4195 Broadway
   New York, NY 10003


          By: /s/ Lucille Eichler
             Lucille Eichler
             Paul J. Hooten & Associates
             5505 Nesconset Highway, Suite 203
             Mt. Sinai, NY 11766