**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
**GARDEN CITY BOXING CLUB, INC.**                Civil Action No. 07-CV-08124

      **Plaintiff,**

      .v.                                                        **RULE 7.1 STATEMENT**

**BENJAMIN RAMIREZ**
**d/b/a EL GUANACO RESTAURANT & PUPUSERIA**
**and BENJAMIN RAMIREZ**

      **Defendants,**
-----------------------------------------------------------X

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for <u>Garden City Boxing Club, Inc.</u> (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Date: September 14, 2007              /s/ Paul J. Hooten
                                                **Signature of Attorney**

                                                **Attorney Bar Code: PJH9510**

Form Rule7_1.pdf