UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| GARDEN CITY BOXING CLUB, INC. | |
|                  Plaintiff | Index No. 07 CIV 8124 |
|   against | Judge Laura Taylor Swain |
| BENJAMIN RAMIREZ d/b/a | **NOTICE OF** |
| EL GUANACO RESTAURANT & PAPUSERIA | **DISCONTINUANCE** |
| and BENJAMIN RAMIREZ | |

_____

**PLEASE TAKE NOTICE**, that the undersigned Paul J. Hooten the attorney for the Plaintiff in the above entitled Action, hereby discontinues this matter without prejudice and without costs to either party as against the other. This notice may be filed without further notice with the Clerk of the Court.

Dated : October 11, 2007        /s/ Paul J. Hooten
                                          Paul J. Hooten, Esq.
                                          Attorney for Plaintiff
                                          5505 Nesconset Highway
                                          Mt. Sinai, NY 11766
                                          (631) 331-0547

**SO ORDERED**: New York, NY

_____, 2007

_____
Laura Taylor Swain
United States District Court Judge