```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: OCT 1 5 2007
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GARDEN CITY BOXING CLUB, INC.
          Plaintiff

          against

BENJAMIN RAMIREZ d/b/a
EL GUANACO RESTAURANT & PAPUSERIA
and BENJAMIN RAMIREZ

Index No. 07 CIV 8124

Judge Laura Taylor Swain

**NOTICE OF
DISCONTINUANCE**

**PLEASE TAKE NOTICE**, that the undersigned Paul J. Hooten the attorney for

the Plaintiff in the above entitled Action, hereby discontinues this matter without

prejudice and without costs to either party as against the other. This notice may be filed

without further notice with the Clerk of the Court.

Dated : October 11, 2007

/s/ Paul J. Hooten
Paul J. Hooten, Esq.
Attorney for Plaintiff
5505 Nesconset Highway
Mt. Sinai, NY 11766
(631) 331-0547

**SO ORDERED**: New York, NY

October 12, 2007

Laura Taylor Swain
United States District Court Judge